

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 22  PM 5:03

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK CHEATHAM                                           CIVIL ACTION

VERSUS                                                  NO. 05-2653

TERREBONNE NARCOTIC TASK                                SECTION "D" (3)
FORCE, ET AL

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 4, 2005 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that plaintiff's claims against the Terrebonne Parish Sheriff's Department and the Terrebonne Narcotic Task Force are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

IT IS FURTHER ORDERED that plaintiff's claims against Darryl Stewart are DISMISSED WITH PREJUDICE to their being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this 20th day of August, 2005.

                                    _____
                                        UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____